IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIA ISOLINA MARTINEZ, | |
| Plaintiff, | CIVIL ACTION FILE NO: |
| v. | 1:19-cv-04369-WMR |
| CHECKR, INC., | |
| Defendant. | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R & R") [Doc. 16], which recommends that this Court GRANT Defendant Checkr, Inc.'s Motion to Compel Arbitration [Doc. 6] and DISMISS the action. No objection to the R & R has been filed.

**I.     LEGAL STANDARD**

Under 28 U.S.C. § 636(b)(1), the Court reviews the R & R for clear error if no objections are filed by a party within 14 days after being served with a copy. If a party files objections, however, the Court must determine *de novo* any part of the

1

R & R that is the subject of a proper objection. *Id*. As no objection to this R & R has been filed in this case, the clear error standard applies.

## II.     CONCLUSION

After considering the Final Report and Recommendation [Doc. 16], the Court receives the R & R with approval and adopts its findings and legal conclusions as the Opinion of this Court. Accordingly, the Court hereby **GRANTS** Defendant Checkr, Inc.'s Motion to Compel Arbitration [Doc. 6] and **DISMISSES** this action.

**IT IS SO ORDERED**, this 9th day of January, 2020.

*William M. Ray, II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE